FILED
BILLINGS DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA       2008 FEB 25 PM 1 00

BILLINGS DIVISION                 PATRICK E. DUFFY, CLERK

BY _____

STATE FARM FIRE AND CASUALTY  )   Case No. CV 06 134 DEPUTY CLERK
COMPANY,                       )
                               )
            Plaintiff,         )
                               )
    vs.                        )   **ORDER VACATING**
                               )   **SCHEDULING ORDER**
                               )
BUSH HOG, LLC,                 )
                               )
            Defendant.         )
_____)

A Joint Motion having been filed by the above-named parties requesting this Court's order suspending discovery deadlines, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the dates set for disclosure of Plaintiff's damages experts, and simultaneous disclosure of liability experts of February 29, 2008, and disclosure of Defendant's damage experts of March 28, 2008, are hereby **VACATED**.

IT IS FURTHER HEREBY ORDERED that because the Court has granted the parties' Joint Motion for Certification Order the Court's Scheduling Order of July 10, 2007 is **VACATED**. A new scheduling conference will be convened upon return of this matter from the Montana Supreme Court.

DATED this 25 day of February, 2008.

RICHARD F. CEBULL
U.S. DISTRICT JUDGE